O

FILED
CLERK, U.S. DISTRICT COURT

JUN 23 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: CR 20-202-JAK |
| Plaintiff, ) | |
| vs. ) | ORDER OF DETENTION AFTER HEARING |
| S. DNG / D. RACHAL ) | [Fed.R.Crim.P. 32.1(a)(6); |
| ) | 18 U.S.C. 3143(a)] |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist, CA__ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __multiple failures to test, and pos. drug tests alleged; whereabouts unknown to PO as of 6/15/2020; ~~no tcn post refused~~ insufficient surety__

1
2
3
4 and/or
5 B. ( ) The defendant has not met his/her burden of establishing by
6 clear and convincing evidence that he/she is not likely to pose
7 a danger to the safety of any other person or the community if
8 released under 18 U.S.C. § 3142(b) or (c). This finding is based
9 on: _____
10
11
12
13
14 IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.
16
17 Dated: 6/23/2020
18
19 _____
20 PAUL L. ABRAMS
UNITES STATES MAGISTRATE JUDGE